JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         ned_smock@fd.org

Counsel for Defendant LLERENA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK LLERENA CRUZ, <br><br> Defendant. | Case No.: CR 24-0621 RFL <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

    The above captioned matter is scheduled for a status conference on September 4, 2025. Defense counsel needs additional time to perform legal research and review discovery. In addition, the parties have commenced discussions about a potential resolution of this matter. If a plea agreement is reached, the parties will provide it to the Court in advance of the hearing and proceed with a change of plea on October 16. If a plea agreement cannot be reached, the parties anticipate setting a motion schedule. Therefore, the parties agree that the matter be continued to October 16, 2025 at 2:00 p.m.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between September 4, 2025, and October 16, 2025. The parties further stipulate that the ends of justice served by excluding the period from September 4, 2025, and October 16, 2025, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

September 3, 2025
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
IVANA DJAK
Assistant United States Attorney

September 3, 2025
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

**September 3, 2025**
Dated

_____
HON. RITA F. LIN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
*United States v. Llerena Cruz,* CR 24-621 RFL