CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Nov 19 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LLERENA CRUZ,<br><br>Defendant. | CASE NO. 3:24-cr-00621-RFL<br><br>VIOLATIONS:<br>18 U.S.C. § 2252(a)(2) and (b) – Receipt of Child Pornography;<br>18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;<br>18 U.S.C. § 2253(a) – Criminal Forfeiture<br><br>SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography)

Beginning at a date unknown, but no later than in or about September 2022, in the Northern District of California, the defendant,

PATRICK LLERENA CRUZ,

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, and that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

<u>COUNT TWO</u>: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

In or about February 2024, in the Northern District of California, the defendant,

PATRICK LLERENA CRUZ,

did knowingly possess and access with the intent to view matter which contained at least one visual depiction that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of the offenses set forth in this Indictment, the defendant,

PATRICK LLERENA CRUZ,

shall forfeit to the United States of America:

a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to a forfeiture money judgment and:

a. one Blue Apple iPhone cell phone, serial number ending 0D42, seized from the defendant on February 14, 2024.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 19, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ivana Djak*
IVANA DJAK
Assistant United States Attorney